**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

# Court of Appeals

## Thirteenth District of Texas

December 1, 2015

Hon. Arturo Guajardo Jr.
Hidalgo County Clerk
P. O. Box 58
Edinburg, TX 78540
* DELIVERED VIA E-MAIL *

Re:        Cause No. 13-15-00168-CV
Tr.Ct.No.  CL-14-3875-F
Style:     Joe Ernest Lugo, Individually and Loving Touch Adult Daycare, Inc. v. Irene
           Garza

        The judgment of the trial court in the above cause was DISMISSED by this Court on the 22nd day of October, 2015.  The mandate is enclosed.

        Costs of the appeal were adjudged against appellant, Joe Ernest Lugo, Individually and Loving Touch Adult Daycare, Inc.

        Pursuant to Section 51.204(b) of the Government Code, the attorneys of record are hereby notified that any exhibits submitted to the Court by a party may be withdrawn by that party or the party's attorney of record within 30 days.  Exhibits on file with the Court will be destroyed three (3) years after final disposition of the case or at an earlier date if ordered by the Court.

                        Very truly yours,

                        Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    Hon. Sarah Dionne (DELIVERED VIA E-MAIL)
       Hon. Jose Carlos Macias (DELIVERED VIA E-MAIL)